IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-58-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| DAMON ALEXANDER WAHL, | |
| Defendant. | |

The United States has filed an Unopposed Motion for a Preliminary Order of Forfeiture. (Doc. 24.) Defendant Damon Alexander Wahl appeared before the Court on April 14, 2023, and entered a plea of guilty to the Superseding Indictment. Wahl's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(1). Accordingly,

IT IS ORDERED that the motion (Doc. 24) is GRANTED.

IT IS FURTHER ORDERED that Mr. Wahl's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(1):

- 2021 Harley-Davidson motorcycle, model FLSL Softail Slim, bearing Vehicle Identification Number 1HD1YDJ11MB052273;
- 2018 Hideout Camper Trailer, bearing Vehicle Identification Number 4YDT26R28JN248254; and
- 2013 Polaris RZR 4 800 EPS all-terrain vehicle, bearing Vehicle Identification Number 4XAXE7EA6DF250038.

IT IS FURTHER ORDERED that the United States Marshals Service and the Internal Revenue Service shall seize the property subject to forfeiture and further shall make a return as provided by law.

IT IS FURTHER ORDERED that the United States shall provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and shall make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture and in any event this

Order shall become final as to Mr. Wahl at sentencing and is incorporated into any judgment issued in this case pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A)-(B).

DATED this 19th day of April, 2023.

_____
Donald W. Molloy, District Judge
United States District Court