IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAMON ALEXANDER WAHL,<br><br>Defendant. | CR 22-58-M-DWM<br><br><br><br>ORDER |

THIS matter comes before the Court on the United States' Motion for Final Order of Forfeiture. (Doc. 34.) Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(1).

2. A preliminary order of forfeiture was entered on April 19, 2023. (Doc. 26.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 32.)

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(1).

Accordingly, IT IS ORDERED that:

1. The motion for final order of forfeiture (Doc. 34) is GRANTED.

2. Judgment of forfeiture shall enter in favor of the United States pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(1), free from the claims of any other party, in the following property:

- a 2021 Harley-Davidson motorcycle, model FLSL Softail Slim, bearing Vehicle Identification Number 1HD1YDJ11MB052273;

- a 2018 Hideout Camper Trailer, bearing Vehicle Identification Number 4YDT26R28JN248254; and

- a 2013 Polaris RZR 4 800 EPS all-terrain vehicle, bearing Vehicle Identification Number 4XAXE7EA6DF250038.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 11th day of July, 2023.

_____
Donald W. Molloy, District Judge
United States District Court