IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAMON ALEXANDER WAHL,<br><br>Defendant. | CR 22–58–M–DWM<br><br><br><br>ORDER |

The government having moved unopposed to dismiss the February 27, 2024, petition to revoke the defendant's supervised release in light of the defendant's continued compliance with the terms of his supervision since the petition was filed,

IT IS ORDERED that the motion (Doc. 66) is GRANTED. The revocation petition (Doc. 51) is DISMISSED and the final revocation hearing set for July 30, 2024, is VACATED.

DATED this 26th day of July, 2024.

_____
Donald W. Molloy, District Judge
United States District Court